MICHAEL YONKI, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted January 14, 1952; decided January 25, 1952.

*Denis M. Hurley, Corporation Counsel (Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellant serves and files an undertaking on appeal and pays $10 costs within ten days, in which events motion denied. As to that phase of the motion which seeks dismissal for failure to prosecute, see rules 1 and 6 of the Rules of the Court of Appeals.